IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRODERICK SLAUGHTER, PLAINTIFF, | § § § | |
| V. | § | CIVIL CASE NO. 3:26-CV-2085-D |
| UNIDENTIFIED ARRESTING OFFICERS, ET AL., DEFENDANTS. | § § § § | |

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED.**

September 29, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE